**Opinion issued December 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00710-CV

————————————

### IN RE NATIONAL CASUALTY COMPANY, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

Relator, National Casualty Company, filed a mandamus petition challenging the trial court's order compelling the deposition of Relator's corporate representative.[1] The parties subsequently filed an agreed motion to dismiss this original proceeding, averring that they have reach a settlement and resolved their

---

[1] The underlying case is *All Repair & Restoration, LLC v. Romny Sanchez and National Casualty Company*, cause number 2023-10851, pending in the 164th District Court of Harris County, Texas, the Honorable Cheryl Elliott Thornton presiding.

differences in the underling case. We grant the motion and dismiss this original proceeding.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.